■ MILDRED W. KOFF, Appellant-Respondent, v. SEYMOUR J. KOFF, Respondent-Appellant.— In an action by a wife for separation, her husband interposed five counterclaims for separation and custody. Judgment was entered after trial, which, *inter alia,* dismissed the complaint, granted the husband a separation on the second counterclaim and awarded custody of an infant daughter to the wife and custody of two infant sons to the husband. Each party appeals from those portions of the judgment which are in favor of the other. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *post,* p. 721.]

■ ANTHONY LIBERATORE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— In an action brought in the Municipal Court of the City of New York, Borough of Queens, to recover the face amount of a life insurance policy, the complaint was dismissed after trial by the court without a jury, and judgment was entered thereon. The appeal is by permission of this court from an order of the Appellate Term which reversed said judgment and directed judgment in favor of respondent. Order unanimously affirmed, with costs. In answer to a question in her application for insurance the assured revealed that she had consulted doctors, or received medical treatment, in addition to what she had disclosed in answer to prior questions in said application. The failure to furnish details not requested by appellant did not constitute a misrepresentation. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THERESA C. MASS, Respondent, v. WILLIAM J. McLAUGHLIN, Appellant, et al., Defendants.— Appeal from a judgment which, *inter alia,* adjudges the respondent to be the sole owner of certain real property and bars appellant and defendants from any interest therein. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.